IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANKIE LEE SMITH,**<br><br>                          Petitioner,<br><br>    v.<br><br>**J.D. STOKES,**<br><br>                          Respondent. | CIV-S-06-0009 MCE GGH P<br><br>**ORDER** |

Good cause appearing, it is ordered that the time for filing of Respondent's response be extended to and including April 3, 2006

Dated: 3/13/06

                                                                                         /s/ Gregory G. Hollows
                                                                                         _____
                                                                                         The Honorable Gregory G. Hollows

1. sm09.eot