IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANKIE LEE SMITH,

    Petitioner,                    No. CIV S-06-009 MCE GGH P

    vs.

J.D. STOKES, et al.,

    Respondent.                ORDER

_____/

       On March 28, 2006, respondent filed a second request for extension of time to file a response to the petition.

       Good cause appearing, IT IS HEREBY ORDERED that respondent's March 28, 2006, request for extension of time is granted; respondent's response to the petition is due on or before May 3, 2006.

DATED: 4/10/06

                                               /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

ggh:kj
sm009.eot

1