1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10    FRANKIE LEE SMITH,

11                  Petitioner,                    No. CIV S-06-0009 MCE GGH P

12           vs.

13    J.D. STOKES,

14                  Respondent.               ORDER

15    _____/

16                  Petitioner has requested an extension of time to file and serve a traverse.  Good

17    cause appearing, IT IS HEREBY ORDERED that:

18                  1.  Petitioner's May 8, 2006 application for an extension of time is granted; and

19                  2.  Petitioner is granted thirty days from the date of this order in which to file and

20    serve a traverse.

21    DATED: 5/18/06

22                                              /s/ Gregory G. Hollows
                                              _____
23                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

24    GGH:bb
      smit0009.111
25

26