IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANKIE LEE SMITH,

        Petitioner,                   No. CIV S-06-0009 MCE GGH P

   vs.

J.D. STOKES,

        Respondent.           ORDER

_____/

        Petitioner has filed his second request for an extension of time to file and serve a traverse pursuant to the court's order of May 18, 2006. Good cause appearing, the request will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's June 9, 2006 application for an extension of time is granted; and

        2. Petitioner shall file and serve a traverse on or before July 20, 2006. No further extensions of time will be granted but for a showing of good cause.

DATED: 6/19/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp; smit0009.111sec